IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VINCENT ELLIOT WILSON,
    Plaintiff,

v.                                           Civil No. 3:22cv557 (DJN)

WILLIAM NEWMAN, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on October 4, 2022, the Court directed Plaintiff to pay an initial partial filing fee of $40.62 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. (ECF No. 8); *see* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Final Order shall issue.

                                                                          /s/
                                                   David J. Novak
                                                   United States District Judge

Richmond, Virginia
Dated: November 21, 2022